**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     *Jeannine Darlene Norris Jones v. Jonathan Jones*

Appellate case number:   01-20-00073-CV

Trial court case number: C-1-PB-18-000093

Trial court:             Probate Court No. 1 of Travis County, Texas[1]


       Appellee's motion for rehearing is **denied**.


       It is so ORDERED.


Judge's signature: /s/ Amparo Guerra
                ☐  Acting individually    ☒  Acting for the Court*


*Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.


Date: May 12, 2022

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Third District of Texas. TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).